UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMILAH ABDUL-HAQQ,

    Plaintiff,

  v.

KAISER EMERGENCY IN SAN LEANDRO,

    Defendant.

Case No. 16-cv-05454-PJH

**ORDER REGARDING SERVICE OF MOTION TO DISMISS**

Re: Dkt. No. 10

    Pro se plaintiff Jamilah Abdul-Haqq has been granted permission for electronic filing in this case. Dkt. 4. However, it appears that plaintiff's email address was not added to the docket, such that she has not been receiving electronic notice of filings in this matter. Although plaintiff was not required to re-register with ECF, she apparently neglected to email the ECF desk to be added to this case. See E-filing Registration Instructions for Pro Se Litigants, https://www.cand.uscourts.gov/ECF/proseregistration (Step 3). As a result, it does not appear that plaintiff was served with defendant's motion to dismiss (Dkt. 10). Plaintiff has not responded, likely for this reason.

    The Clerk shall add plaintiff's email address (jabdulhaqqedocs@comcast.net) to the service list in this matter. In light of the failure of service, the motion hearing noticed for January 4, 2017 is hereby VACATED. Defendant shall serve its motion to dismiss on plaintiff and re-notice a new hearing date in accordance with the court's 35-day schedule.

    In light of defendant's motion, the court hereby VACATES the initial case management conference scheduled for January 19, 2016. The court will reschedule a CMC once the pleadings are resolved.

**IT IS SO ORDERED.**

Dated: December 27, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge