UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMILAH TALIBAH ABDUL-HAQQ,<br><br>         Plaintiff,<br><br>      v.<br><br>KAISER EMERGENCY IN SAN LEANDRO,<br><br>         Defendant. | Case No. 16-cv-05454-PJH<br><br>**ORDER DENYING MOTION TO INTERVENE AS MOOT**<br><br>Re: Dkt. No. 12 |

Before the court is a motion by pro se plaintiff Jamilah Abdul-Haqq.  Dkt. 12. Although filed on this court's docket, Abdul-Haqq's motion is seemingly directed to the U.S. Supreme Court, and seeks leave to proceed in forma pauperis regarding her appeal from the Ninth Circuit's decision against her in a separate case, No. 14-cv-4140 PJH. Any request to proceed in forma pauperis with regard to a writ of certiorari must be filed with the Supreme Court, and not this court.

The only part of the motion addressed to this court is a request for "intervention of right" pursuant to Federal Rule of Civil Procedure 24.  This rule permits a non-party to a case to intervene if their interests are affected.  The court DENIES the motion to intervene as moot because Abdul-Haqq is already a party to this action.  The January 25, 2017 hearing date is accordingly VACATED.

**IT IS SO ORDERED.**

Dated: December 28, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge