UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMILAH TALIBAH ABDUL-HAQQ,

    Plaintiff,

    v.

KAISER EMERGENCY IN SAN LEANDRO,

    Defendant.

Case No. 16-cv-05454-PJH

**JUDGMENT**

The court having granted defendants' motion to dismiss without leave to amend,

it is Ordered and Adjudged

that plaintiff take nothing, and that the action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: May 1, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge