UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMILAH TALIBAH ABDUL-HAQQ,<br>      Plaintiff,<br>    v.<br>KAISER EMERGENCY IN SAN LEANDRO,<br>      Defendant. | Case No.16-cv-05454-PJH<br><br>**ORDER RE: MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS**<br><br>Re: Dkt. No. 39 |

Good cause appearing, pursuant to 28 U.S.C. § 1915(a), the request to proceed in forma pauperis on appeal is hereby ( ) GRANTED ( X ) DENIED.

**IT IS SO ORDERED.**

Dated: May 4, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge